UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ABDULLAH ALKHALIDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:11-cv-609-WTL-TAB |
| | ) | |
| EDWIN BUSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# E N T R Y

The plaintiff=s renewed request for the appointment of counsel [40] has been considered. The plaintiff appears to have been making reasonable efforts to secure counsel on his own. He shall continue those efforts to the extent possible.

In ruling on the plaintiff's prior motion for appointment of counsel on October 2, 2012, the court determined that it will not make an outright request that counsel represent the plaintiff at this time but that it will be alert to the possibility of recruiting representation for the plaintiff at trial or at other points in the case where the plaintiff=s incarceration and *pro se* status would make it particularly difficult for him to proceed without representation and where the assistance of counsel would be a benefit to both the plaintiff and the court. The court further concludes at this early stage of the case that, based on the plaintiff's comprehensible filings, his use of the court's processes, his familiarity with both the factual circumstances surrounding his claims and with the legal issues associated with those claims, the plaintiff is competent to litigate on his own. *See Pruitt v. Mote,* 503 F.3d 647, 654-55 (7th Cir. 2007). Again, if the case reaches a point where the requirements of litigation exceed the plaintiff's ability to continue on his own and counsel would be of benefit to the plaintiff and the court, most likely meaning at trial, the court will attempt to assist the plaintiff in recruiting counsel. For the time being, however, the plaintiff's renewed motion for the appointment of counsel [40] is **denied.**

IT IS SO ORDERED.

Date: 1/11/2013

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**All Electronically Registered Counsel**

**Abdullah Alkhalidi**
**DOC #104113**
**Westville Correctional Center**
**Inmate Mail/Parcels**
**5501 South 1100 West**
**Westville, IN 46391-0473**